## AFFIDAVIT OF PROCESS SERVER

**FILED**

United States District Court
Eastern District of Virginia
Alexandria Division

2017 JUL -3 P 2: 39

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| **Gregory Allen Royal** | Attorney: **** | |
| Plaintiff(s), | Gregory A. Royal | |
| VS. | P.O. Box 28371 | |
| | Austin TX 78755 | |
| **Michelle K. Lee, Director, U.S. Patent and Trademark Office, et al** | | |
| Defendant(s). | *216484* | |

**Case Number: 1:17-CV-261 TSE/TCB**

Legal documents received by Same Day Process Service, Inc. on **06/06/2017** at **10:07 AM** to be served upon **United States Attorney for the Eastern District of Virginia, at 2100 Jamieson Avenue, Alexandria, VA, 22314**

I, **Jordan Santasieri**, swear and affirm that on **June 06, 2017** at **2:10 PM**, I did the following:

Served **Government Agency** by delivering a conformed copy of this **Summons in a Civil Action; Notice; Complaint** to **Felicia Taylor** as **Legal Assistant & Authorized Agent** at **2100 Jamieson Avenue, Alexandria, VA 22314** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 25-30 Height: 5'0 - 5'5 Weight: 130-150 Skin Color: African-American Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
Jordan Santasieri
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005

(202)-398-4200

Internal Job ID:216484

District of Columbia: SS
Subscribed and Sworn to before me
this __7__ day of __June__, 2017

_____
Tyler Walker, Notary Public, D.C.
My commission expires February 14, 2021



# AFFIDAVIT OF PROCESS SERVER FILED

United States District Court
Eastern District of Virginia
Alexandria Division

2017 JUL -3 P 2: 39

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

**Gregory Allen Royal**

    Plaintiff(s),

VS.

**Michelle K. Lee, Director, U.S. Patent and Trademark Office, et al**

    Defendant(s).

Attorney: ****

Gregory A. Royal
P.O. Box 28371
Austin TX 78755

*216479*

**Case Number: 1:17-CV-261 TSE/TCB**

Legal documents received by Same Day Process Service, Inc. on **06/06/2017** at **9:35 AM** to be served upon **U.S. Patent and Trademark Office, by serving Michelle K. Lee, Director, at Office of the General Counsel, Madison Building East, 10B20, 600 Dulaney Street , Alexandria, VA, 22314**

I, **Jordan Santasieri**, swear and affirm that on **June 06, 2017** at **2:30 PM**, I did the following:

Served **Government Agency** by delivering a conformed copy of this **Summons in a Civil Action; Notice; Complaint** to **Shawn Walker** as **Administrive Management Specialist & Authorized Agent** at **Office of the General Counsel, Madison Building East, 10B20, 600 Dulaney Street , Alexandria, VA 22314** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male Age: 35-40 Height: 6'0 -6'5 Weight: 170-190 Skin Color: African-American Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

*Jordan Santasieri*
Jordan Santasieri
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005

(202)-398-4200

Internal Job ID:216479

District of Columbia: SS
Subscribed and Sworn to before me
this __7__ day of __June__, 2017

Tyler Walker, Notary Public, D.C.
My commission expires February 14, 2021



# AFFIDAVIT OF PROCESS SERVER

FILED

United States District Court
Eastern District of Virginia
Alexandria Division



2017 JUL -3 P 2: 39

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

Gregory Allen Royal

    Plaintiff(s),

VS.

Michelle K. Lee, Director, U.S. Patent and Trademark Office, et al

    Defendant(s).

Attorney: ****

Gregory A. Royal
P.O. Box 28371
Austin TX 78755

*216483*

**Case Number: 1:17-CV-261 TSE/TCB**

Legal documents received by Same Day Process Service, Inc. on **06/06/2017** at **10:00 AM** to be served upon **Attorney General of the United States, at 950 Pennsylvania Avenue NW, Washington, DC, 20530**

I, **Caroline Furman**, swear and affirm that on **June 06, 2017** at **2:01 PM**, I did the following:

Served **Government Agency** by delivering a conformed copy of this **Summons in a Civil Action; Notice; Complaint** to **David Burroughs** as **Mail Carrier/Contractor & Authorized Agent at 950 Pennsylvania Avenue NW, Washington, DC 20530** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male Age: 40-50 Height: 5ft9in-6ft0in Weight: 161-200 lbs Skin Color: African-American Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_Caroline Furman_
Caroline Furman
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005

(202)-398-4200

Internal Job ID:216483

District of Columbia: SS
Subscribed and Sworn to before me
this __7__ day of __June__, 2017

_Tyler Walker_, Notary Public, D.C.
My commission expires February 14, 2021



## AFFIDAVIT OF PROCESS SERVER    FILED

United States District Court
Eastern District of Virginia
Alexandria Division

2017 JUL -3 P 2: 39

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| Gregory Allen Royal | Attorney: **** | |
| Plaintiff(s), | Gregory A. Royal<br>P.O. Box 28371<br>Austin TX 78755 | |
| VS. | | |
| Michelle K. Lee, Director, U.S. Patent and Trademark Office, et al | <br>*216481* | |
| Defendant(s). | | |

**Case Number: 1:17-CV-261 TSE/TCB**

Legal documents received by Same Day Process Service, Inc. on **06/06/2017** at **9:46 AM** to be served upon **Jeh Johnson, Federal Protective Services**, at **950 Pennsylvania Avenue NW, Washington, DC, 20530**

I, **Caroline Furman**, swear and affirm that on **June 06, 2017** at **2:01 PM**, I did the following:

Served **Government Agency** by delivering a conformed copy of this **Summons in a Civil Action; Notice; Complaint** to **David Burroughs** as **Mail Carrier/Contractor & Authorized Agent** at **950 Pennsylvania Avenue NW, Washington, DC 20530** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male Age: 40-50 Height: 5ft9in-6ft0in Weight: 161-200 lbs Skin Color: African-American Hair Color: Black

**Supplemental Data Appropriate to this Service:**


I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_Caroline Furman_
Caroline Furman
Process Server

Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005

(202)-398-4200

Internal Job ID:216481

District of Columbia: SS
Subscribed and Sworn to before me
this __7__ day of _____, 2017

Tyler Walker, Notary Public, D.C.
My commission expires February 14, 2021



## AFFIDAVIT OF PROCESS SERVER

FILED

United States District Court
Eastern District of Virginia
Alexandria Division

2017 JUL -3 P 2: 39

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

Gregory Allen Royal

    Plaintiff(s),

VS.

Michelle K. Lee, Director, U.S. Patent and Trademark Office, et al

    Defendant(s).

Attorney: ****

Gregory A. Royal
P.O. Box 28371
Austin TX 78755



*216480*

**Case Number: 1:17-CV-261 TSE/TCB**

Legal documents received by Same Day Process Service, Inc. on **06/06/2017** at **9:44 AM** to be served upon **U.S. Patent and Trademark, Office of EEO and Diversity**, at **Office of the General Counsel, Madison Building East, 10B20, 600 Dulaney Street, Alexandria, VA, 22314**

I, **Jordan Santasieri**, swear and affirm that on **June 06, 2017** at **2:30 PM**, I did the following:

Served **Government Agency** by delivering a conformed copy of this **Summons in a Civil Action; Notice; Complaint** to **Shawn Walker** as **Administrative Management Specialist & Authorized Agent** at **Office of the General Counsel, Madison Building East, 10B20, 600 Dulaney Street, Alexandria, VA 22314** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male Age: 35-40 Height: 6'0 -6'5 Weight: 170-190 Skin Color: African-American Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

/s/ Jordan Santasieri
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005

(202)-398-4200

Internal Job ID:216480



District of Columbia: SS
Subscribed and Sworn to before me
this __7__ day of __June__, 2017

Tyler Walker, Notary Public, D.C.
My commission expires February 14, 2021



# AFFIDAVIT OF PROCESS SERVER

**FILED**

United States District Court
Eastern District of Virginia
Alexandria Division

2017 JUL -3 P 2: 39

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

Gregory Allen Royal

    Plaintiff(s),

VS.

Michelle K. Lee, Director, U.S. Patent and Trademark Office, et al

    Defendant(s).

Attorney: ****

Gregory A. Royal
P.O. Box 28371
Austin TX 78755



*216482*

**Case Number: 1:17-CV-261 TSE/TCB**

Legal documents received by Same Day Process Service, Inc. on **06/06/2017** at **9:54 AM** to be served upon U.S. Department of Commerce, by serving U.S. Secretary Penny Pritzker, at 1401 Constitution Avenue NW, Washington, DC, 20230

I, **Brandon Snesko**, swear and affirm that on **June 06, 2017** at **1:24 PM**, I did the following:

Served **Government Agency** by delivering a conformed copy of this **Summons in a Civil Action; Notice; Complaint** to **Omar Chaudhari** as **Mail Clerk & Authorized Agent** at **1401 Constitution Avenue NW , Washington, DC 20230** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male Age: 37-42 Height: 5ft9in-6ft0in Weight: 161-200 lbs Skin Color: Middle Eastern Hair Color: Black

**Supplemental Data Appropriate to this Service:**


I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Brandon Snesko**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005

(202)-398-4200

Internal Job ID:216482

District of Columbia: SS
Subscribed and Sworn to before me
this __7__ day of __June__, 2017

_____
Tyler Walker, Notary Public, D.C.
My commission expires February 14, 2021

