**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| GREGORY A. ROYAL, | |
| *Plaintiff*, | |
| v. | Case No. 1:17-cv-261 (TSE/TCB) |
| ANDREI IANCU, | |
| Under Secretary of Commerce for Intellectual Property & Director of the Patent & Trademark Office, | |
| WILBUR ROSS, | |
| Secretary of Commerce, | |
| KIRSTJEN M. NIELSEN, | |
| Secretary of Homeland Security, | |
| *et al.*, | |
| *Defendants*. | |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that on this day, Defendants, through undersigned counsel, hereby respectfully submit the exhibits to their Memorandum of Law in Support of their Motion to Dismiss and for Summary Judgement (Dkt. No. 20).   Given the size of the exhibit set—and the limits of this Court's Electronic Case Filing system—the exhibits will be filed in several separate sets.

1

Dated: November 30, 2018           Respectfully submitted,


G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By:                  /s/
                  PETER J. SAWERT
                  Special Assistant U.S. Attorney
                  DENNIS C. BARGHAAN, JR.
                  Deputy Chief, Civil Division
                  Assistant U.S. Attorney
                  U.S. Attorney's Office
                  2100 Jamieson Avenue
                  Alexandria, Virginia 22314
                  Telephone:     (703) 299-3995
                  Email: peter.j.sawert@usdoj.gov

                  ATTORNEYS FOR DEFENDANTS

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and will send a true and correct copy of the foregoing to the following non-filing user via first-class mail:

Gregory Allen Royal
8100 N. Mopac Expressway, Apt. 277
Austin, Texas 78759

Date: November 30, 2018                    _____/s/_____
                                           PETER J. SAWERT
                                           Special Assistant U.S. Attorney
                                           U.S. Attorney's Office
                                           2100 Jamieson Avenue
                                           Alexandria, Virginia 22314
                                           Telephone: (703) 299-3995
                                           Fax:       (703) 299-3983
                                           Email:   peter.j.sawert@usdoj.gov

                                           ATTORNEY FOR DEFENDANTS