# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| GREGORY A. ROYAL, <br><br> *Plaintiff*, <br><br> v. <br><br> ANDREI IANCU, <br><br> Under Secretary of Commerce for Intellectual Property & Director of the Patent & Trademark Office, <br><br> WILBUR ROSS, <br><br> Secretary of Commerce, <br><br> KIRSTJEN M. NIELSEN, <br><br> Secretary of Homeland Security, <br><br> *et al.*, <br><br> *Defendants*. | Case No. 1:17-cv-261 (TSE/TCB) |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that on this day, Defendants, through undersigned counsel, hereby respectfully submit the exhibits to their Memorandum of Law in Support of their Motion to Dismiss and for Summary Judgement (Dkt. No. 20). Given the size of the exhibit set—and the limits of this Court's Electronic Case Filing system—the exhibits will be filed in several separate sets.

1

Dated: November 30, 2018                    Respectfully submitted,

                                                                          G. ZACHARY TERWILLIGER
                                                                          UNITED STATES ATTORNEY

By:            /s/
                                                                          PETER J. SAWERT
                                                                          Special Assistant U.S. Attorney
                                                                          DENNIS C. BARGHAAN, JR.
                                                                          Deputy Chief, Civil Division
                                                                          Assistant U.S. Attorney
                                                                          U.S. Attorney's Office
                                                                          2100 Jamieson Avenue
                                                                          Alexandria, Virginia 22314
                                                                          Telephone:    (703) 299-3995
                                                                          Email: peter.j.sawert@usdoj.gov

                                                                          ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

  I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and will send a true and correct copy of the foregoing to the following non-filing user via first-class mail:

    Gregory Allen Royal
    8100 N. Mopac Expressway, Apt. 277
    Austin, Texas 78759


Date: November 30, 2018       /s/
            PETER J. SAWERT
            Special Assistant U.S. Attorney
            U.S. Attorney's Office
            2100 Jamieson Avenue
            Alexandria, Virginia 22314
            Telephone: (703) 299-3995
            Fax:  (703) 299-3983
            Email: peter.j.sawert@usdoj.gov

            ATTORNEY FOR DEFENDANTS