# Exhibit 11



## UNITED STATES PATENT AND TRADEMARK OFFICE

Chief Administrative Officer

DATE: May 10, 2007

MEMORANDUM FOR: USPTO Employees

FROM: Kent E. Baum
Director, Human Capital Management
Office of Human Resources

SUBJECT: Prohibition of Workplace Violence Policy

The United States Patent and Trademark Office (USPTO) strives to provide a safe working environment for employees. To ensure a safe workplace and reduce the risk of violence, employees should review and understand the provisions of this workplace violence policy.

This list of behaviors, while not inclusive, provides examples of conduct that is prohibited:

* Making threatening remarks
* Physical assault
* Causing injury to another person
* Aggressive or hostile behavior that creates a reasonable fear of injury to another person
* Possession of a weapon while on USPTO property or while conducting USPTO business
* Committing acts motivated by or related to domestic violence

Threats, threatening conduct, or any other acts of aggression or violence in the workplace will not be tolerated. Any employee determined to have committed such acts may be removed from the premises and will be subject to disciplinary action, up to and including termination from Federal Service, and may also be subject to prosecution. Non-employees engaged in violent acts on USPTO premises will be reported to the proper authorities and may be subject to prosecution.

### Reporting Incidents
Any potentially dangerous situation or act on agency premises must be reported immediately to a Supervisor or the Employee Relations Branch. While employees are not expected to be skilled at identifying potentially dangerous persons, employees are expected to exercise good

judgment and to inform his/her Supervisor if an employee exhibits behavior that could be a sign of a potentially dangerous situation. Such behavior may include:

- Discussing bringing weapons to the workplace
- Displaying overt signs of extreme stress, resentment, hostility, or anger
- Making threatening remarks
- Displaying irrational or inappropriate behavior.

If you observe or experience such behavior by anyone on agency premises, report it to a supervisor or manager immediately, who should in turn notify the Office of Security at 571-272-8000 and/or the Employee Relations Branch at 571-272-6000.

To report threats or assaults requiring immediate attention because of imminent danger, contact the local POLICE AT 9-911 or the Federal Protective Service at 202-708-1111 and then call Office of Security at 571-272-8000.

If you have any questions regarding this policy, feel free to contact the Employee Relations Branch at 571-272-6000.