# Exhibit 14

**In the Matter of Gregory Royal**

**Case Number: 14-56-22**
**Agency: United States Patent and Trademark Office**

**STATEMENT OF VIOLETA PRIETO**
**WITNESS**

On July 29, 2014, I was interviewed by the designated EEO Investigator, Lisa A. Kleine. Ms. Kleine explained to me that she was investigating allegations made by the Complainant that he was discriminated against in the form of a hostile work environment on the bases of sex (male) and race (African American/Black) since:

    *1.    On or about December 13, 2013, Complainant alleges his complaints of hostile work environment were not taken seriously because he is a "six foot, medium built black man" and the alleged harasser is a white woman;*

    *2.    On or about November 07, 2013, he was physically assaulted by a white female co-worker;*

    *3.    On or about December 13, 2013 and continuing Complainant alleges that his harasser as been allowed to continue to violate USPTO policies on workplace safety and conduct by bringing several knives to the workplace and threatening Complainant.*

    *4.    On or about July 10, 2014, he alleges that he was physically assaulted in the workplace by another Agency employee whereby other examiners see him as a "punching bag" to be slapped, and nothing will happen to them for doing so.*

I was advised by Ms. Kleine of my rights as a witness/party in an EEO case, and was informed that my statement would and may be reviewed by the agency, the Office of Equal Employment Opportunity and Diversity and other interested parties, in the context of this claim. I have also been advised that there is no assurance of confidentiality as to the testimony given herein. I was also advised that I had the right to have a representative assist me in these proceedings, but chose not to.

The following represents a true and accurate summary/statement of the information that I provided to Ms. Kleine.

1.    Please state your full name and identify your sex and race.

Violeta Amanda Prieto. Race: White. Ethnicity: Hispanic. Sex: Female.

2.    Please indicate your current position, your grade and step, the name of your current supervisor, the length of time you have been in your current position, your Art Unit and Technology Center.

*VP*

I am a Patent Examiner. I am a GS-9 step 8. My current supervisor is Tarifur Chowdhury. I am in Art Unit 2877 which is part of Technology Center 2800. I have been in my position for approximately 10 months, since September 2013.

3.   Please describe your duties and responsibilities in your current position.

I examine patents. I interact with the attorneys. I provide interviews for applicants as required.

4.   Do you know the Complainant in this matter Gregory Royal, and if so, explain how you know him.

Yes, I do know him. He was in the same lab when we started at the Patent Training Academy.

5.   Did you know him before starting at the Patent Training Academy?

No.

6.   Do you know the Complainant's race, and if so, what would you characterize his race as and how do you know his race?

Yes. I believe he is Black/African American. He pointed it out on several occasions and I also learned it by observation as well.

7.   Do you know Complainant's sex, and if so, what is it and how do you know his sex?

Yes, I know he is male based on observation.

8.   Complainant has alleged that he was subjected to harassment by you while at the Patent Training Academy, specifically that you intentionally interrupted him when he asked questions of the lecturer and repeated told him to "shut up" during class. Please respond.

Since the beginning, I found his behavior in class disruptive. He was interfering with my learning. Therefore I told him to "shush." I don't recall ever using the word "shut up."

9.   What behaviors are you referring to?

He was talking loudly and talking during quiz time. He was asking questions that were not relevant to the lecture. We were trying to understand basics and he was going into details of case law that was not relevant at that time. He would start to answer questions instead of the instructor. He would try to degrade other people.

10.   Give an example of how he would degrade other people.

For example, he would often disclose to the group that he had performed extremely well on the quizzes. Then he would say, "Why do people think they know what they are doing when they

can't even pass the quizzes." It was degrading because he was under the impression that students in the class were not passing the quizzes. The quizzes were part of the learning process and used to show us what we knew before learning the material. It was irrelevant how we did on the quizzes. The quizzes demonstrated what we needed to study, and demonstrated to the instructors what they needed to accent, what parts were lacking the most with the class.

11. Did he make these comments to anyone in particular?

He made a general statement, not addressing a particular individual.

12. What did you do as a result of his behavior?

I did ask him to be quiet during quiz time. I reported him to my supervisor on October 7, 2013.

13. Who was your supervisor?

Matthew Such.

14. What specifically what did you report to Mr. Such and what form did your report take?

It was a verbal report. I told him the class was getting out of control and that Mr. Royal's behavior was unacceptable.

15. What did Mr. Such do or say?

When Mr. Such met with me, he told me that he would speak with Mr. Royal. Furthermore, I understand that he spoke to several people in the class including Mr. Royal. Subsequently Mr. Such came to me and informed me that other people in the class had noted that I confronted Mr. Royal about his disruptions. Mr. Such asked me to stop confronting Mr. Royal and I agreed to do so. He also confirmed that he had also given guidance to Mr. Royal.

16. What, if anything came out of this conversation?

There was a slight improvement.

17. What did Mr. Such tell you?

See answer to 15.

18. Did the situation in the class seem to improve?

There was temporary improvement.

19. Did you have any further difficulties with Mr. Royal?

Yes, on November 7, 2013 there was another incident.

001859

20. What happened?

What I recall, Mr. Royal was asking a question in class, which I thought was a good question. While the instructor was in the process of responding to the question, Mr. Royal interrupted the instructor. Because I wanted to hear the teacher's answer, I ask him to stop interrupting the teacher so that I could hear the complete answer. I also noted that what he was saying was irrelevant to the question. In response to my statement to stop interrupting the teacher, he stated to me "you're not my mother."

Mr. Royal wrote an email to my supervisor saying that I jumped in and attempted to chastise him.

21. What happened in response to the email?

I talked to Mr. Such. Mr. Such asked me what happened and I explained the situation as in Question 20.

22. What did Mr. Such say to you?

He advised me not to have confrontations with Mr. Royal.

23. Did he talk with Mr. Royal?

I don't know.

24. Do you recall an incident where you knocked a pen out of Mr. Royal's hand?

I do not recall such a thing.

25. Did you ever accuse him of writing on you?

I don't recall that.

26. Did you ever tell Mr. Royal to shut up?

During a quiz I did shush him because it was supposed to be quiet time. He would talk constantly.

27. Do you recall when you shushed him during a quiz?

On December 12, 2013, during a quiz I shushed him. He was talking during the quiz.

28. Mr. Royal and you were involved in an incident regarding knives on your desk. Did you know what the policy was regarding knives was prior to this incident?

001860

I was not involved in an incident regarding knives. On several occasions I did bring a paring knife to work for the purpose of cutting pomegranates. Mr. Royal apparently noticed the utensil and decided to report it. I was not aware that I could not bring these utensils to work. After I was informed that I could not bring the utensil, I ceased bringing it.

29. Prior to the December 13, 2013 incident, did anyone say anything to you about the knives you had?

No, nobody told me it was against policy.

30. Were the knives visible on desk?

They may have been visible; I was not hiding them.

31. If a supervisor had walked by, could he or she have seen the knife or knives?

Usually any knife I would have had would have been in my lunch box, but they might have been on my desk.

32. Why did you have knives on your desk, how many did you have and for what use did you have them?

I had small knives for cutting pomegranates.

33. How many?

One at a time. I may have had two on certain occasions.

34. Did you ever threaten Complainant with the knives?

Absolutely not.

35. Did you ever threaten anyone with the knives?

No.

36. Regarding the incident on December 13, 2013, describe what happened.

It was a Friday. The Police came and surrounded my desk. They asked me to take my stuff and go to a separate room. They searched my belongings.

37. Did they tell you what they were looking for?

No, not at first.

38. What happened after the police searched your belonging?

I asked what they were doing.

39. What did they say?

At some point it became clear that someone had filed a complaint.

5

40. What was the substance of the complaint, were you told?

At some point I believe they did. I don't recall how it was phrased.

41. What was your impression?

Something to the extent of me having knives.

42. What did the police do?

They found two small knives.

43. What did they tell you?

They stated I violated policy and was instructed not bring the knives again. I was instructed to take them to my car, which I did. I did not bring them again.

44. Were you given any kind of citation?

No.

45. Did any disciplinary action result due to this incident?

No.

46. Did you intend to harass or bother Complainant?

No.

47. How was the issue resolved between you and Mr. Royal after the knife incident?

I moved to a different lab.

48. Did you have any more problems with Mr. Royal?

I avoided him.

49. Do you believe that the conflicts you had with Complainant were due to the fact that he is African American?

No, absolutely not.

50. Do you believe the conflicts you have had with Complainant were due to the fact that he is male?

No, absolutely not.

51. What do you attribute the difficult with Mr. Royal to?

It was due to his behavior in class – he was disruptive.

52. At start of your training at the Patent Training Academy, were you given any information about what you should do if you had problems with co-worker?

*VP*

001862

Yes. Talk with the supervisor. We were also told you can also contact HR.

53. Other than contacting your supervisor, did you do anything else?

After the police came I did. I spoke to HR.

54. Why did you speak to an HR person?

First, I spoke to them to let them know that I was unaware of the prohibition of bringing utensils / paring knives to work. Second, I told them that, had I been told by HR or my supervisor, I would have taken the utensils to my car without the embarrassment of having the police come and treat me like a criminal. Third, I informed HR that I believed that Mr. Royal had intentionally escalated the matter to a "security matter" for the purpose of causing the police to come to my desk in the presence of everyone class. I reported that I believe Mr. Royal had escalated this to humiliate me in retaliation for my reporting what I perceived to be repeatedly disrupted behavior starting in October.

55. Did he have problems with anyone else in class?

He had a problem with Vincent Wall. I believe that Mr. Wall thought Mr. Royal's behavior was unacceptable and he attempted to stop it.

56. In general how did you find the environment in the class during the time you were at the Patent Training Academy?

It was very educational. The only disruptions were due to Mr. Royal's behavior.

57. Have you had any other problems since leaving the Patent Training Academy and going to your Art Unit?

No.

58. Is there anything else about the situation with Mr. Royal that I have not asked you that you think I should know?

I have never touched Mr. Royal in any way.

59. Are there any other classmates who would be able to comment on the situation in the lab?

Persons who may have knowledge are: any of my classmates, Vincent Wall, Patricia Reddington, Harold Rapapport, Ajay Ojha, Nelson Garces, David Frederiksen, Nichole Nguyen, Herve Assouman, Didarul Mazumder, Md Raman, Muhammad Islam, Mohammed Alam, Jorge Salazar, any of the lab instructors, Mathew Such, Mohsen Ahmadi, Tucker Wright, Michael Obinna, Hop Dang, the class manager, Jessica Rossi, the HR person I spoke to, Jennifer Ware, my supervisor after I left the academy, Gregory Toatley.

60. Other than Mr. Royal were there any other Black or African American individuals in lab?

Yes.



001863

61. Did you have any particular problems with any of these other black or African American individuals?

Definitely not.

62. Do you think your supervisor adequately dealt with the situation when complaints were made to him?

Although I've never been in a situation like this, I believe the supervisor did his best to address the situation by counseling both me and Mr. Royal.

63. Did anyone from Human Resources (HR) or the Office of General Counsel (Legal) review your Affidavit or assist you with your responses before you signed and submitted your Affidavit to the Investigator? If the answer is yes, please provide the name, position and title of that individual(s) along with the Agency office to which s/he is assigned.

ANSWER: No.

## OATH

I, Violeta Prieto, have read the above statement/affidavit and being duly informed, and understanding the penalties of perjury; duly swear under oath that the statements made in this Affidavit are true and correct, and complete, to the best of my knowledge.

_____
Violeta Prieto, Witness/Affiant

Dated: 8/7/2014

Subscribed and sworn to me this 7th day of August, 2014.

_____
~~Lisa A. Kleine~~, EEO investigator, or Notary Public

8