**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| GREGORY A. ROYAL, | |
| *Plaintiff*, | |
| v. | Case No. 1:17-cv-261 (TSE/TCB) |
| ANDREI IANCU, | |
| Under Secretary of Commerce for Intellectual Property & Director of the Patent & Trademark Office, | |
| WILBUR ROSS, | |
| Secretary of Commerce, | |
| KIRSTJEN M. NIELSEN, | |
| Secretary of Homeland Security, | |
| *et al.*, | |
| *Defendants*. | |

## <u>NOTICE OF SUBMISSION</u>

PLEASE TAKE NOTICE that on this day, Defendants, through undersigned counsel, hereby respectfully submit the exhibits to their Memorandum of Law in Support of their Motion to Dismiss and for Summary Judgement (Dkt. No. 20).   Given the size of the exhibit set—and the limits of this Court's Electronic Case Filing system—the exhibits will be filed in several separate sets.

1

Dated: November 30, 2018                Respectfully submitted,


G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By:                /s/
                PETER J. SAWERT
Special Assistant U.S. Attorney
DENNIS C. BARGHAAN, JR.
Deputy Chief, Civil Division
Assistant U.S. Attorney
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone:    (703) 299-3995
Email: peter.j.sawert@usdoj.gov

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and will send a true and correct copy of the foregoing to the following non-filing user via first-class mail:

Gregory Allen Royal
8100 N. Mopac Expressway, Apt. 277
Austin, Texas 78759

Date: November 30, 2018                    _____/s/_____

PETER J. SAWERT
Special Assistant U.S. Attorney
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3995
Fax:        (703) 299-3983
Email:   peter.j.sawert@usdoj.gov

ATTORNEY FOR DEFENDANTS