# Exhibit 15

Employee Evaluation/ Assessment/ Individual Development Plan for:

## Employee Evaluation/Assessment/Individual Development Plan

Employee Name: GREGORY ROYAL      Employee #: 90734

Training AU: 4192      TC AU: 2856

EOD Grade: 9      Date of 1st Promotion: N/A

EOD Date: 09/09/2013      Date of 2nd Promotion: N/A

**Reviews are to be conducted near the 3.5 month and near the end of the 6th, 8th, 11th, 14th, 17th, 20th, and 23rd month after the employee's EOD**

SCALE:  3 - Exceeds expectations    2 - Meets expectations    1 - Needs Improvement

| | Month: 3.5 | 6 | 8 | 11 | 14 | 17 | 20 | 23 |
|---|---|---|---|---|---|---|---|---|
| Date of Evaluation: | 12/17/2013 | 03/11/2014 | 05/20/2014 | 08/12/2014 | | | | |
| Grade at time of Evaluation: | 9 | 9 | 9 | 9 | | | | |
| Art Unit at time of Evaluation: | 4192 | 2856 | 2856 | 2856 | | | | |
| 1. Major Quality Activities | | | | | | | | |
| 1-1a. Checking applications for compliance with formal requirements of patent status and rules | 2 | 2 | 2 | 2 | | | | |
| 1-1b. Checking applications for technological accuracy | 2 | 2 | 2 | 2 | | | | |
| 1-2. Treating disclosure statements and claims for priority | 2 | 2 | 2 | 2 | | | | |
| 1-3. Analyzing disclosure and claims for compliance with 35 USC 112 (GS-7 and above) | 2 | 2 | 2 | 2 | | | | |
| 1-4. Planning field of search (GS-7 and above) | 2 | 2 | 2 | 2 | | | | |
| 1-5. Conducting Search | 2 | 2 | 2 | 2 | | | | |
| 1-6. Making proper rejections under 102 and 103 with supporting rationale, or determining how claim(s) distinguish over the prior art (GS-7 and above) | 2 | 2 | 2 | 2 | | | | |
| 1-7. Determining whether amendment introduces new matter (GS-11 and above) | | | | | | | | |
| 1-8. Appropriately formulating restriction requirements, where application could be restricted (GS-11 and above) | | | | | | | | |
| 1-9. Determining whether claimed invention is in compliance with 35 USC 101 (GS-11 and above) | | | | | | | | |
| 1-10. Evaluating/applying case law as necessary (GS-12 and above) | | | | | | | | |
| 1-11. Determining where appropriate line of patentable distinction is maintained between applications and/or patents (GS-11 and above) | | | | | | | | |
| 1-12. Evaluating sufficiency of affidavits/declarations (GS-12 and above) | | | | | | | | |
| 1-13. Evaluating sufficiency of reissue oath/declarations (GS-12 and above) | | | | | | | | |
| 2. Ability to accept instructions and respond to feedback | 2 | 2 | 1 | 1 | | | | |
| 3. Ability to use PTO search tools and to learn new databases | 2 | 2 | 2 | 2 | | | | |
| 4. Ability to understand technology | 2 | 2 | 2 | 2 | | | | |
| 5. Ability to orally convey position | 2 | 2 | 2 | 2 | | | | |
| 6. Writing skills - Ability to compose proper rejections | 2 | 2 | 2 | .2 | | | | |
| 7. Productivity consistency (i.e does not endload or rollercoaster). | 1 | 1 | 1 | 1 | | | | |
| 8. Cumulative productivity from EOD Date (List % achievement from PALM3205 V2 - informational purposes only during 1st year) (PALM periods used to calculate productivity follow the colon) | 8:201326-201405 | 32:201326-201412 | 44:201326-201417 | 56:201326-201423 | | | | |
| 9. This line has been left blank | | | | | | | | |
| 10. Cumulative productivity from 1st year on (List % achievement as listed on PALM3205 V2)* (PALM periods used to calculate productivity follow the colon) | | | | | : | : | : | : |
| 11. Productivity last 4 bi-weeks (List % achievment use PALM3205 V2 - Informational purposes only during 1st year)* (PALM periods used to calculate | 8:201402-201405 | 53:201409-201412 | 70:201414-201417 | 104:201420-201423 | : | : | : | : |

001967

Employee Evaluation/ Assessment/ Individual Development Plan for:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| productivity follow the colon) | | | | | | | | |
| 12. DM: processes applications and amendments in accordance with the PAP | 2 | 2 | 2 | 2 | | | | |
| 12a. DM Score FY to date | | 111.79 | 109.79 | 121.12 | | | | |
| 13. Proficiency Test Score (# of correct answers/total # of questions) | | | | | | | | |
| 14a. Attended the requisite training at the Patent Training Academy | 2 | 2 | 2 | 2 | | | | |
| 14b. Attended all required training | | 2 | 2 | 2 | | | | |
| 15. Work habits (e.g. posts work for review consistently throughout the pay period, seeks help when necessary) | 1 | 1 | 1. | 1 | | | | |
| 16. Ability to interact with coworkers | 1 | 2 | 1 | 1 | | | | |
| 17. Followed sick leave and annual leave policies | 2 | 2 | 2 | 2 | | | | |

| Notes | | 3.5 | 6 | 8 | 11 | 14 | 17 | 20 | 23 |
|---|---|---|---|---|---|---|---|---|---|
| | Director: | /JESSICA WARD/ | /JOSEPH THOMAS/ | /JOSEPH THOMAS/ | /JOSEPH THOMAS/ | | | | |
| | SPE: | /MATTHEW SUCH/ | /LISA CAPUTO/ | /LISA CAPUTO/ | /LISA CAPUTO/ | | | | |
| 1) During the first year, all GS-5 examiners will be assessed using the criteria set forth for Month 3.5. | SPE Certifies that this document was discussed with the examiner: | 12/19/2013 | 03/18/2014 | 05/28/2014 | 08/19/2014 | | | | |
| | 2) Each assessment reflects only the performance at the time of the assessment, and is not an idicator of future performance. | All assessments should be e-initialed by the TC Director prior to any discussions with the examiner. | | | | | | | |

*Safety net productivity (Including (2N+D)/3) may be noted in the comment area
See comment sheet for explanation of evaluation

Comments

| | |
|---|---|
| Month 3.5 | Based on the limited opportunity for the examiner to develop work products, the examiner has demonstrated a level of fair performance to date. The examiner should be mindful of his interactions with coworkers in order to avoid further instances of contentious interactions from occuring. It is noted that during this time period of review, a vast majority of this period has been training time for the examiner. The examiner needs to better manage time in order to provide more work product for review and to evaluate progress on patent examining functions. In addition, the examiner should improve on turning in work product early in the biweek in order to allow sufficient time for review and correction. The examiner should complete ample reviewable work products prior to the next review in order to provide the Office with a better assessment of their overall performance and to demonstrate progression. |
| Month 6 | The examiner typically performs the assigned major quality activities. The Examiner shows a good grasp of the technology, however needs to improve in turning in cases more consistently throughout the biweek. The Examiner is clearly appreciative of instructions and feedback received from me and readily incorporates such into his work, while also clearly presenting positions in preliminary discussions of his applications. The examiner's actions have improved over the time he has been in the TC, and he has shown a good grasp of being able to assess which cases are proper for the art, and how to transfer them. Examiner is encouraged to improve in the timely submission of complete Office Actions in order to demonstrate progression in the ability to perform with assistance. Also, good attention is paid to the formal matters, but hopefully this process can become a little faster so more cases can be completed. It is also noted that the examiner has improved in the number of cases turned in despite a computer issue, but still should continue to focus on cases and turning in more cases in order to provide the office with a better assessment of their overall performance and to demonstrate progression. |
| Month 8 | The examiner typically performs the assigned major quality activities. The Examiner shows a good grasp of the technology, however needs to improve in turning in cases more consistently throughout the biweek. The Examiner is clearly appreciative of instructions and feedback received from me and readily incorporates such into his work, while also clearly presenting positions in preliminary discussions of his applications. The examiner's actions have improved over the time he has been in the TC, and he has shown a good grasp of being able to assess which cases are proper for the art, and how to transfer them. Examiner is encouraged to improve in the timely submission of complete Office Actions in order to demonstrate progression in the ability to perform with assistance. Also, good attention is paid to the formal matters, but hopefully this process can become a little faster so more cases can be completed. It is also noted that the examiner has improved in the number of cases turned in, but still should continue to focus on cases and turning in more cases in order to provide the office with a better assessment of their overall performance and to demonstrate progression. Additionally, examiner needs to approach his first line supervisor as a first option when any problems or issues arise. SPE has attempted to contact examiner and be open to discussion but examiner has not approached her as a first option. |
| | The examiner typically performs the assigned major quality activities. The Examiner shows a good grasp of the technology, however needs to improve in turning in cases more consistently throughout the biweek. The Examiner is clearly appreciative of instructions and feedback received from SPE and incorporates such into his |

001968

Employee Evaluation/ Assessment/ Individual Development Plan for:

| | |
|---|---|
| Month 11 | work. Examiner should also try to present positions in preliminary discussions of his applications on a more regular basis. The examiner's actions have improved over the time he has been in the TC, and he has shown a good grasp of being able to assess which cases are proper for the art. Improvement is needed in the act of transferring applications to comply with transfer rules and regulations and see SPE for every case transfer request, as well as cc: SPE on transfer email. Examiner is encouraged to improve in the timely submission of complete Office Actions in order to demonstrate progression in the ability to perform with assistance. Also, good attention is paid to the formal matters, but hopefully this process can become a little faster so more cases can be completed. It is also noted that the examiner needs to improve in the number of work products submitted in order to provide the office with a better assessment of their overall performance and to demonstrate progression. Further, instructions and feedback provided by the SPE needs to be accepted and continue to be incorporated in processing work products. Additionally, examiner needs to approach his first line supervisor as a first option when any problems or issues arise. SPE has attempted to contact examiner and be open to discussion but examiner has not approached her as a first option. |
| Month 14 | |
| Month 17 | |
| Month 20 | |
| Month 23 | |

001969