# Exhibit 18

**In the Matter of Gregory Royal**

**Case Number: 14-56-22**
**Agency: United States Patent and Trademark Office**

**STATEMENT OF WILLIE CHOICE JR.**
**WITNESS**

On September 9, 2014, I was interviewed by the designated EEO Investigator, Lisa A. Kleine. Ms. Kleine explained to me that she was investigating allegations made by the Complainant that he was discriminated against in the form of a hostile work environment on the bases of sex (male) and race (African American/Black) since:

*1.      On or about December 13, 2013, Complainant alleges his complaints of hostile work environment were not taken seriously because he is a "six foot, medium built black man" and the alleged harasser is a white woman;*

*2.      On or about November 07, 2013, he was physically assaulted by a white female co-worker;*

*3.      On or about December 13, 2013 and continuing Complainant alleges that his harasser as been allowed to continue to violate USPTO policies on workplace safety and conduct by bringing several knives to the workplace and threatening Complainant.*

*4.      On or about July 10, 2014, he alleges he was physically assaulted in the workplace by another Agency employee whereby other examiners see him as a "punching bag" to be slapped, and nothing will happen to them for doing so.*

I was advised by Ms. Kleine of my rights as a witness/party in an EEO case, and was informed that my statement would and may be reviewed by the agency, the Office of Equal Employment Opportunity and Diversity and other interested parties, in the context of this claim. I have also been advised that there is no assurance of confidentiality as to the testimony given herein. I was also advised that I had the right to have a representative assist me in these proceedings, but chose not to.

The following represents a true and accurate summary/statement of the information that I provided to Ms. Kleine.

1.      Please state your full name and identify your sex and race.

Willie F. Choice Jr.  Race: Black.  Sex: Male.

2.      Please state your current position, the grade and step if applicable, your employer and your current supervisor?

1

Initials __WC_____

I am the Security Command Center Operations Officer.  I am a Lieutenant with Sectek Protective Services.  SecTek is a contractor based at the USPTO campus.  My current supervisor is Project Manager Douglas Daniels.

3.      Describe your duties and responsibilities in your current position.

I am the supervisor of the command center.  We are the central desk for all post and patrols.  We via video monitors at the call center we view the whole campus.  We answer all calls that come into us – both 911 and other calls for security.  Our operators dispatch patrols to the calls and I supervisor the dispatch operators.

4.      Do you know the Complainant in this matter Gregory Royal, and if so how do you know him?

I have never met him personally prior to September 4, 2014.

5.      Have you ever spoke with him.

Yes, I spoke with him one time on the telephone.  In addition, I saw him last Thursday, September 4, 2014 following his termination when he was escorted from the building.

6.      Describe the situation where you spoke with him on the telephone.

I dispatched an officer to take his statement.  He did not want to give a statement to the Officer.  He indicated he had given a statement to another officer in December regarding a different incident and he did not believe that statement had been reported correctly.

I spoke to him on the phone and asked him to email his statement to me and told him I would put his emailed statement in the report.  He did email a statement to me and that is how I sent the report, with his statement as he sent it in the report.

7.      Was that the first time you had spoken to him?

Yes.

8.      Who was dispatched to take his statement?

Patrol 2 Officer Victor Harvey.

9.      What were the circumstances that required the taking of a statement?

Prior to the call where I spoke with Mr. Royal, which was in August, 2014, on July 16 our officers were dispatched to see Mr. Royal.  We got a call from Deputy Director Raymond Patten requesting we get a statement from Mr. Royal about an incidence of work place violence.  The officers got there and the Complainant was Mr. Royal.  When they approached Mr. Royal he did not want to give a statement.  He said there was no incident.

Initials __WC_____

The two officers who responded were Officers Rondell Foster and Carlos Estrella.  Mr. Royal did not give a statement.

Then, on Thursday July 17th , Officer Victor Harvey was sent to see Mr. Chan about an incident with Mr. Royal that happened back on July 9th .  Mr. Chan said they were in the auditorium in the Madison building.  Mr. Royal was talking to someone, and Mr. Chan admitted to smacking Mr. Royal on the back of neck to get his attention.  Later, Mr. Chan said Mr. Royal threatened him.  Someone sitting with Mr. Chan overheard the threats.  Mr. Royal subsequently sent Mr. Chan some emails, stating his neck still hurt and talked about medical bills.  Mr. Chan then felt he was being threatened and harassed and Mr. Chan contacted security.

Then Mr. Royal reported the incident in August and Mr. Harvey went over to take statement, which resulted in the phone call to me.

10.   Was it unusual for someone to refuse to give a statement after they called security?

Yes.  We can't make them give us a statement and we write it up in our operational log.  We had to send someone out because the original request came in from the Director of Security.  This was the first dispatch in July.  It was on August 12, that Mr. Royal decided to make a statement.

We sent an officer over to get the statement, and because of past incident, FPS also came out.  Mr. Royal apparently remembered who it was from FPS that responded to the December incident and refused to give a statement to that responding investigator, so FPS had to send a different person as well.

11.   Do you get copies of reports from FPS?

No, I just get the report numbers which go in my report.

12.   Is there a protocol to be followed once you have investigated an alleged incident of work place violence?

Yes. I have a notifications group that I need to report it to.  Plus I report to the FPS and they get their own statement and do an investigation.

13.   Who is in your notifications group?

Joseph Burns – he works in security at USPTO
Douglas Daniels – my supervisor
Isabella Hannah – USPTO, Office of Administrative Services
John Haffet – Office of Administrative Services, USPTO
Kevin Lewis – Civilian Training Administrative Officer
And Sharif Nashid, Raymond Patten and Laurie Wagner who are all in the security office and in my chain of command for incidents.

14.   Do you know do they get reported to employee relations at USPTO?

3

Initials __WC__

001894

I believe they do.  But I do not actually do that.

15.     Was this incident handled according to protocol?

Yes.  It was recorded in the operational log, we notified FPS, we made a report and sent it up the chain.  In addition, we followed up with emails and witnesses and reported it up the chain.

16.     Did you receive any information from anyone you talked with or interviewed about this incident that would lead you to believe that the patent examiners considered Mr. Royal a "punching bag" to be slapped without repercussion?"

Only from Mr. Royal.  No one else gave me that statement.  But I would have a legitimate gripe if a person smacked me in the back of the head.  When you put hands on someone, it can be considered an assault.  Mr. Royal felt like he was assaulted since someone put their hands on him without his permission.  If he felt threatened, it was treated that way.

16.     Is there anyone else who should be spoken to about this July incident?

No, the only three officers with face to face would have been Patrol 2 Officer Carlos Estrella and Lt. Foster and he did not take a statement that day.  When I sent Patrol 2 Officer Harvey up there, he would not give Harvey a statement.

17.     Did you discuss the contents of this testimony and/or receive any assistance from anyone in the preparation of your testimony?  If yes, who?

ANSWER:  No

18.     Did anyone from Human Resources (HR) or the Office of General Counsel (Legal) review your Affidavit or assist you with your responses before you signed and submitted your Affidavit to the Investigator?  If the answer is yes, please provide the name, position and title of that individual(s) along with the Agency office to which s/he is assigned.

ANSWER:  No

## OATH

I, Willie Choice Jr., have read the above statement/affidavit and being duly informed, and understanding the penalties of perjury; duly swear under oath that the statements made in this Affidavit are true and correct, and complete, to the best of my knowledge.

4

Initials ___ WC _____

_Willie Choice Jr._

Willie Choice Jr., Witness/Affiant

Dated: 6 October 2014

Subscribed and sworn to me this 6th day of October , 2014.

Lisa A. Kleine, EEO investigator, or Notary Public

5

Initials WC

001896