# Exhibit 22

Separation from TC 2800: 8/1/2012 - 9/15/2014

| Employee Full Name | Sex | Race/National Origin | Reason for Separation | Art Unit | Date |
|---|---|---|---|---|---|
| [redacted] | M - MALE | BLACK OR AFRICAN AMERICAN | TERMINATIOM - APPOINTMENT | 2844 | 5/17/2014 |
| [redacted] | M - MALE | WHITE | RESIGNATION | 2835 | 3/29/2013 |
| [redacted] | F - FEMALE | ASIAN | TERMINATION DURING PROBATION - CONDUCT | 2836 | 8/7/2013 |
| [redacted] | M - MALE | AFR AM | RESIGNATION | 2821 | 5/3/2013 |
| [redacted] | M - MALE | WHITE | RESIGNATION | 2811 | 9/25/2012 |
| [redacted] | M - MALE | WHITE | RESIGNATION | 2821 | 4/13/2013 |
| [redacted] | M - MALE | WHITE | RESIGNATION | 2814 | 8/22/2013 |
| [redacted] | M - MALE | WHITE | RESIGNATION | 2856 | 1/16/2014 |
| [redacted] | M - MALE | WHITE | RESIGNATION | 2857 | 9/6/2013 |
| [redacted] | M - MALE | BLACK OR AFRICAN AMERICAN | TERMINATION DURING PROBATION - PERFORMANCE | 2815 | 7/16/2013 |
| [redacted] | M - MALE | WHITE | RESIGNATION | 2834 | 7/26/2013 |
| [redacted] | F - FEMALE | AFR AM | RESIGNATION | 2856 | 5/3/2014 |
| [redacted] | M - MALE | ASIAN | TERMINATION DURING PROBATION - PERFORMANCE | 2894 | 6/12/2013 |
| [redacted] | M - MALE | ASIAN | RESIGNATION | 2893 | 4/16/2014 |
| [redacted] | F - FEMALE | ASIAN | TERMINATION - APPOINTMENT | 2882 | 6/1/2013 |
| [redacted] | M - MALE | WHITE | RESIGNATION | 2859 | 5/16/2014 |
| [redacted] | M - MALE | WHITE | RESIGNATION | 2872 | 8/29/2013 |
| [redacted] | M - MALE | WHITE | RESIGNATION | 2885 | 9/21/2012 |
| [redacted] | M - MALE | ASIAN | RESIGNATION | 2858 | 8/16/2013 |
| [redacted] | M - MALE | BLACK OR AFRICAN AMERICAN | RESIGNATION | 2872 | 7/15/2013 |
| [redacted] DEFRANCESCO JR, VINCENT | M - MALE | H/L AND WHITE | TERMINATION DURING PROBATION - PERFORMANCE | 2857 | 1/28/2013 |
| [redacted] DEFRANCESCO JR, VINCENT | M - MALE | WHITE | | | |
| [redacted] | M - MALE | H/L AND BLACK/AA | TERMINATION - APPOINTMENT | 2858 | 11/17/2012 |
| [redacted] | M - MALE | WHITE | RESIGNATION | 2856 | 1/29/2014 |
| [redacted] | M - MALE | WHITE | TERMINATION DURING PROBATION - PERFORMANCE | 2876 | 7/25/2013 |
| [redacted] | M - MALE | WHITE | RESIGNATION | 2887 | 3/21/2013 |

002215



Separation from TC 2800: 8/1/2012 - 9/15/2014

| Name | Sex | Race | Reason | Code | Date |
|---|---|---|---|---|---|
| ▆▆▆▆, JAMES | M - MALE | WHITE | RESIGNATION | 2875 | 8/26/2014 |
| ▆▆▆▆▆, GRANT A | M - MALE | WHITE | RESIGNATION | 2817 | 6/20/2013 |
| ▆▆▆▆▆, AMIR | M - MALE | WHITE | RESIGNATION | 2859 | 12/27/2013 |
| ▆▆▆▆, JUSTEN | M - MALE | WHITE | RESIGNATION | 2836 | 8/10/2012 |
| ▆▆▆, ADAM | M - MALE | WHITE | RESIGNATION | 2884 | 9/3/2014 |
| ▆▆▆▆, MARK J | M - MALE | WHITE | RESIGNATION | 2833 | 2/27/2013 |
| ▆▆▆▆▆▆▆, SHEMA | F - FEMALE | BLACK OR AFRICAN AMERICAN | RESIGNATION | 2854 | 3/26/2014 |
| ▆▆▆▆▆▆▆, SHEMA | F - FEMALE | WHITE | | | |
| ▆▆▆▆, SHIKHA | F - FEMALE | ASIAN | RESIGNATION | 2816 | 11/11/2012 |
| ▆▆▆▆▆▆, MARCUS | M - MALE | H/L AND WHITE | RESIGNATION | 2858 | 10/18/2013 |
| ▆▆▆▆▆, ARON A | M - MALE | BLACK OR AFRICAN AMERICAN | RESIGNATION | 2857 | 12/12/2013 |
| ▆▆▆▆▆, DANIEL | M - MALE | BLACK OR AFRICAN AMERICAN | TERMINATION DURING PROBATION - PERFORMANCE | 2834 | 1/16/2013 |
| ▆▆▆▆▆▆, TRAVIS A | M - MALE | BLACK OR AFRICAN AMERICAN | RESIGNATION | 2852 | 9/5/2014 |
| ▆▆▆▆▆▆, IRA | M - MALE | H/L & OF MORE THAN ONE RACE | RESIGNATION | 2823 | 09/49/2014 |
| ▆▆▆▆▆, DAVID | M - MALE | ASIAN | RESIGNATION | 2895 | 5/15/2013 |
| ▆▆▆▆▆, TRANG | | | TERMINATION DURING PROBATION - PERFORMANCE | 2827 | 1/28/2013 |
| ▆▆▆▆▆, QUI | M - MALE | ASIAN | RESIGNATION | 2838 | 7/9/2014 |
| ▆▆▆▆, MING HONG | M - MALE | ASIAN | RESIGNATION | 2813 | 9/16/2013 |
| ▆▆▆▆, J | M - MALE | WHITE | TERMINATION DURING PROBATION - PERFORMANCE | 2836 | 5/15/2013 |
| ▆▆▆▆▆▆, MICHAEL | M - MALE | ASIAN | RESIGNATION | 2871 | 5/4/2013 |
| ▆▆▆▆▆▆, NAEEM | M - MALE | ASIAN | RESIGNATION | 2856 | 8/23/2013 |
| ▆▆▆▆▆, HONG | M - MALE | ASIAN | RESIGNATION | 2864 | 6/13/2014 |
| ▆▆▆▆▆▆-SHAPOVAL, SOPH | F - FEMALE | WHITE | RESIGNATION | 2824 | 9/19/2014 |
| ▆▆▆▆▆▆▆, WILLIAM | M - MALE | WHITE | RESIGNATION | 2872 | 8/23/2013 |
| ▆▆▆▆▆▆, TONY | M - MALE | BLACK OR AFRICAN AMERICAN | RESIGNATION | 2834 | 8/7/2013 |
| ▆▆▆▆, HARIS | M - MALE | ASIAN | RESIGNATION | 2835 | 2/14/2014 |
| ▆▆▆▆▆▆, MORSHEDA | F - FEMALE | ASIAN | RESIGNATION | 2836 | 8/22/2014 |
| ▆▆▆, BRIAN | M - MALE | ASIAN | RESIGNATION | 2892 | 9/5/2013 |
| ▆▆▆▆▆▆, KYANA R | F - FEMALE | BLACK OR AFRICAN AMERICAN | RESIGNATION | 2845 | 5/20/2014 |
| ▆▆▆▆▆▆▆, WILLIAM | M - MALE | ASIAN | RESIGNATION | 2863 | 9/7/2014 |
| ▆▆▆▆▆▆▆▆, SUSAN | F - FEMALE | WHITE | RESIGNATION | 2877 | 7/26/2013 |

002216



Separation from TC 2800: 8/1/2012 - 9/15/2014

| Name | Sex | Race | Reason | Code | Date |
|---|---|---|---|---|---|
| MILLIKIN, ANDREW | M - MALE | WHITE | RESIGNATION | 2832 | 9/22/2012 |
| NASIRUDDIN, ABUTAHER M | M - MALE | ASIAN | RESIGNATION | 2812 | 7/24/2013 |
| NEMTZOW, ALEXANDER | M - MALE | WHITE | RESIGNATION | 2858 | 8/7/2014 |
| NEWTZOW, ZACHARY | | | RESIGNATION | 2883 | 8/7/2014 |
| NGUYEN, HOAN | M - MALE | ASIAN | RESIGNATION | 2814 | 7/17/2013 |
| NGUYEN, PHILIP | M - MALE | ASIAN | RESIGNATION | 2828 | 3/27/2013 |
| ███ | M - MALE | WHITE | RESIGNATION | 2829 | 8/22/2013 |
| O'CONNOR, MARTINA | F - FEMALE | ASIAN | RESIGNATION | 2821 | 2/14/2013 |
| OWEN, JOHN | M - MALE | WHITE | RESIGNATION | 2815 | 7/26/2014 |
| PATHAK, SHANTANU | M - MALE | ASIAN | RESIGNATION | 2898 | 5/20/2013 |
| PEARSON, MARYA D | F - FEMALE | BLACK OR AFRICAN AMERICAN | RESIGNATION | 2826 | 7/25/2014 |
| PETERSEN, SCOTT A | M - MALE | WHITE | RESIGNATION | 2821 | 2/27/2013 |
| PHAM, AN | M - MALE | ASIAN | RESIGNATION | 2854 | 1/22/2013 |
| PHAM, ANDY | M - MALE | WHITE | | | |
| PHAM, HAI Q | M - MALE | ASIAN | RESIGNATION | 2824 | 5/31/2013 |
| PRIMO, ALLISTER O | M - MALE | AFR AM | RESIGNATION | 2854 | 5/16/2014 |
| PRIMO, ALLISTER O | M - MALE | WHITE | | | |
| QUINTON, WILLIAM | M - MALE | WHITE | RESIGNATION | 2833 | 5/10/2013 |
| RAMALAM, RAMY | M - MALE | WHITE | RESIGNATION | 2859 | 5/18/2013 |
| RAPPAPORT, HAROLD | M - MALE | WHITE | RESIGNATION | 2845 | 9/19/2014 |
| REYES-ACOSTO, LUIS | M - MALE | H/L AND WHITE | RESIGNATION | 2852 | 12/27/2012 |
| RIELY, BRIAN | M - MALE | WHITE | TERMINATION DURING PROBATION - PERFORMANCE | 2828 | 7/11/2013 |
| RILEY, SHAWN | M - MALE | WHITE | RESIGNATION | 2838 | 2/22/2013 |
| RIVERA, CHRISTIAN | M - MALE | H/L AND WHITE | RESIGNATION | 2817 | 5/21/2013 |
| RODRIGUEZ, FERNANDO | M - MALE | H/L AND WHITE | RESIGNATION | 2815 | 9/11/2013 |
| ROYAL, GREGORY A | M - MALE | BLACK OR AFRICAN AMERICAN | TERMINATION DURING PROBATION - CONDUCT/PERF | 2856 | 9/4/2014 |
| SANDOVAL, PATRICK | M - MALE | ASIAN | RESIGNATION | 2825 | 10/22/2012 |
| SANTONOCITO, MICHAEL | M - MALE | WHITE | RESIGNATION | 2889 | 9/20/2013 |
| SEFAT, AHMED | M - MALE | ASIAN | RESIGNATION | 2885 | 2/28/2014 |
| SHABBIR, MOHSIN | M - MALE | ASIAN | RESIGNATION | 2811 | 4/16/2013 |
| SHARIFZADEH, ALI R | M - MALE | WHITE | RESIGNATION | 2876 | 10/19/2012 |

002217



Separation from TC 2800: 8/1/2012 - 9/15/2014

| Name | Sex | Race | Separation Type | TC | Date |
|---|---|---|---|---|---|
| ~~SINGH, HARPREET~~ | M - MALE | ASIAN | RESIGNATION | 2898 | 4/20/2014 |
| ~~redacted~~ | M - MALE | ASIAN | RESIGNATION | 2834 | 8/27/2013 |
| ~~SMITH, redacted~~ | F - FEMALE | BLACK OR AFRICAN AMERICAN | TERMINATION DURING PROBATION - PERFORMANCE | 2886 | 4/17/2013 |
| ~~SMITH, JOHNNIE~~ | M - MALE | AFR AM | RESIGNATION | 2881 | 6/13/2014 |
| ~~STAFFORD, PAT~~ | M - MALE | WHITE | RESIGNATION | 2828 | 8/17/2012 |
| ~~redacted~~ | M - MALE | H/L AND WHITE | RESIGNATION | 2818 | 5/3/2013 |
| ~~THOMAS, BRADLEY~~ | M - MALE | WHITE | RESIGNATION | 2835 | 8/21/2014 |
| ~~THOMAS, KIMBERLY M~~ | F - FEMALE | AFR AM | RESIGNATION | 2818 | 3/18/2013 |
| ~~THOMAS, KIMBERLY M~~ | F - FEMALE | WHITE | | | |
| ~~TSEHAYE, ZEKRE A~~ | M - MALE | BLACK OR AFRICAN AMERICAN | RESIGNATION | 2838 | 1/31/2014 |
| ~~VASSALLO, DAVID~~ | M - MALE | WHITE | RESIGNATION | 2819 | 7/12/2013 |
| ~~WANG, YONG~~ | M - MALE | ASIAN | TERMINATION - APPOINTMENT | 2892 | 12/29/2012 |
| ~~ZHANG, HAIHUI~~ | M - MALE | ASIAN | RESIGNATION | 2864 | 3/21/2014 |
| ~~ZUO, STANLEY~~ | M - MALE | ASIAN | RESIGNATION | 2899 | 7/29/2014 |

\* This examiner was included because the demographic information overlapped. He was counted as Hispanic/White.
\*\* These examiners were not counted either because of duplicate names with two different racial designations or because of a lack of demographic informatio

002218

