# Exhibit 24

AAO 214-01

## NON-DISCRIMINATION POLICY

I. **PURPOSE**

This Order establishes general policy for the United States Patent and Trademark Office (USPTO/Agency) to prohibit discriminatory practices and policies.

II. **POLICY**

A. It is the policy of the USPTO to prohibit discrimination in employment because of race, color, religion, sex, national origin, age, disability, and/or genetic information. No employee or applicant for employment shall be subject to retaliation for opposing any practice made unlawful by anti-discrimination statutes or for participating in any stage of administrative or judicial proceedings under those laws. Authority: Title VII of the Civil Rights Act of 1964 (Title VII), as amended, 42 U.S.C. § 2000e et seq.; Equal Pay Act of 1963, as amended, 29 U.S.C. § 206(d) et seq.; Age Discrimination in Employment Act of 1967 (ADEA), as amended, 29 U.S.C. § 621 et seq.; Section 501 of the Rehabilitation Act of 1973 (Rehabilitation Act), as amended, 29 U.S.C. § 791 et seq.; 29 C.F.R. pt. 1630 (2003); and Genetic Information Nondiscrimination Act of 2008 (GINA), 42 U.S.C. § 2000ff et seq.

B. It is the policy of the USPTO to maintain a continuing affirmative program to identify and eliminate discriminatory practices and policies, including discrimination in the Agency's personnel policies, practices, and working conditions. Authority: 29 C.F.R. § 1614.102(a) (2003).

C. It is the policy of the USPTO to prohibit discrimination in employment based on sexual orientation, gender identity and/or status, marital status, and/or political affiliation. Authority: 5 U.S.C. § 2302 of the Civil Service Reform Act of 1978, as amended; Executive Order 11478, as amended by Executive Orders 12106 and 13087 (collectively, the Executive Order); and the Executive Memorandum of June 17, 2009.

III. **SCOPE**

This Order applies to employees and applicants for employment at the USPTO.

IV. **ACCOUNTABILITY**

A. The Agency's officials, managers, supervisors, and other employees will be held accountable for discrimination, civil rights violations, and related misconduct.

B. The Agency will take appropriate corrective or disciplinary action.

002133

AAO 214-01

## V. EFFECT ON OTHER AAOs

This Amended Order supersedes the USPTO Policy Statement on Nondiscrimination 01-17 (2000).

ISSUED BY:

_____  10-20-2010
Bismarck Myrick                     Date
Director, Office of Equal Employment Opportunity and
Diversity

APPROVED BY:

_____  12/10/10
David J. Kappos                     Date
Under Secretary of Commerce for Intellectual Property and
  Director of the United States Patent and Trademark Office

OFFICES OF PRIMARY INTEREST: Office of Equal Employment Opportunity and Diversity

002134