IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| Gregory Allen Royal | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:17cv261 |
| Michelle K. Lee, et al | ) ) ) ) |
| Defendant. | ) |

**JUDGMENT**

Pursuant to the order of this Court entered on February 28, 2019 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the DEFENDANTS and against the PLAINTIFF.

FERNANDO GALINDO, CLERK OF COURT

By:_____/s/_____
      D. Van Metre
      Deputy Clerk

Dated: 02/28/2019
Alexandria, Virginia